

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00802-CV

In the Interest of **V.G.**, Y.G., R.G., M.G., R.G., A.G., and A.G., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02840
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the trial court's termination order is AFFIRMED.

SIGNED April 8, 2015.

_Karen Angelini_
Karen Angelini, Justice